Argued and submitted October 29, reversed and remanded November 24, 1999

STATE OF OREGON,
*Respondent,*

*v.*

MERRILL MARK STECKLER,
*Appellant.*

(980140295; CA A102031)

991 P2d 577

Monica L. Finch, Deputy Public Defender, argued the cause for appellant. With her on the brief was David E. Groom, Public Defender.

Jonathan H. Fussner, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

Reversed and remanded. *State v. Moore,* 159 Or App 144, 978 P2d 395, *rev allowed* 329 Or 438 (1999).